UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| KRISTIN M. SMITH, and <br> LLOYD SMITH, <br><br> Plaintiffs, <br><br> vs. <br><br> TOYOTA MOTOR CORP., and <br> TOYOTA MOTOR SALES U.S.A., INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 2:16-cv-24-CEJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTION TO STRIKE TOYOTA MOTOR CORPORATION'S
AFFIRMATIVE DEFENSES, OR IN THE ALTERNATIVE
FOR A MORE DEFINITE STATEMENT**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this Court for an order striking Defendant Toyota Motor Corporation's (TMC) affirmative defenses set forth in paragraphs 15 through 27 of Defendant TMC's Answer to Plaintiffs' Complaint (Doc. #5), or in the alternative, requiring Defendant to provide a more definite statement of those affirmative defenses Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure. A Memorandum in support of this motion is submitted herewith.

        DOWD & DOWD, P.C.

BY:   /s/ Douglas P. Dowd
       DOUGLAS P. DOWD (29240MO)
       LIA OBATA DOWD (60999MO)
       211 North Broadway, Suite 4050
       St. Louis, Missouri 63102
       (314) 621-2500
       Fax No. (314) 621-2503
       doug@dowdlaw.net
       lia@dowdlaw.net

and

TURNER & ASSOCIATES, P.A.
C. TAB TURNER
4705 Somers Avenue
North Little Rock, Arkansas 72116
(501) 791-2277
tab@tturner.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send e-mail notification of such filing to the following:

Mr. Stephen M. Strum
Ms. Margaret L. Moore
Sandberg Phoenix and von GonTard P.C.
600 Washington Avenue – 15th Floor
St. Louis, MO 63101-1313
Fax No. (314) 241-7604
Telephone No. (314) 231-3332
sstrum@sandbergphoenix.com
mmoore@sandbergphoenix.com

Mr. Brian Mason
Mr. Kurt Kern
Mr. Craig D. Dupen
Mr. David P. Stone
BOWMAN AND BROOKE LLP
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
972-616-1700
972-616-1701 (Fax)
Brian.Mason@bowmanandbrooke.com
Kurt.Kern@bowmanandbrooke.com
Craig.Dupen@bowmanandbrooke.com
David.Stone@bowmanandbrooke.com

*Attorneys for Defendants*

/s/ Douglas P. Dowd
DOUGLAS P. DOWD