UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KRISTIN M. SMITH and LLOYD SMITH, )
)
    Plaintiffs, )
)
  vs. )   Case No. 2:16-CV-24 (CEJ)
)
TOYOTA MOTOR CORP. and TOYOTA )
MOTOR SALES U.S.A., INC., )
)
    Defendants. )

## ORDER

**IT IS HEREBY ORDERED** that the parties' joint motion to amend the Case Management Order [Doc. # 30] is **granted**.

**IT IS FURTHER ORDERED** that the following revised deadlines shall apply:

Disclosure shall proceed in the following manner:

(a) Plaintiffs must disclose all expert witnesses, as required by Fed. R. Civ. P. 26(a)(2), no later than **February 2, 2017**. Plaintiffs' expert witnesses need not prepare written reports pursuant to Fed. R. Civ. P. 26(a)(2)(B); however, they must comply with Fed. R. Civ. P. 26(a)(2)(C). Plaintiffs must make the expert witnesses available for depositions and have the depositions completed no later than **May 19, 2017**.

(b) Defendants must disclose all expert witnesses, as required by Fed. R. Civ. P. 26(a)(2), no later than **March 2, 2017**. Defendants' expert witnesses need not prepare written reports pursuant to Fed. R. Civ. P. 26(a)(2)(B); however, they must comply with Fed. R. Civ. P. 26(a)(2)(C). Defendants must make the expert witnesses available for depositions and have the depositions completed no later than **May 19, 2017**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of February, 2017.