UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BUSINESS OF THE COURT | ) |
| | ) |
| | ) ASSIGNMENT OF CASE |
| | ) |

**ADMINISTRATIVE ORDER**

    IT IS HEREBY ORDERED that the following case shall be transferred to **the Honorable E. Richard Webber:**

**2:16CV0024 - Smith v. Toyota**

All deadlines previously set remain in effect unless otherwise ordered by the Court.

Dated this _____ day of March, 2017.

_____
Rodney D. Sippel
Chief Judge, U.S. District Court