IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| KRISTIN MARIE SMITH, AND LLOYD SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC. <br><br> Defendants. | Cause No. 12:16-CV-24 |

**DEFENDANTS TOYOTA MOTOR CORPORATION AND TOYOTA MOTOR SALES, U.S.A., INC.'S SUPPLEMENTAL EXHIBIT TO MOTION TO EXCLUDE EXPERT TESTIMONY**

Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. (Toyota Defendants) file this Supplemental Exhibit to the Toyota Defendants' Motion to Exclude Expert Testimony (Doc. No. 58). Attached as Exhibit 3 is the Declaration of previous vehicle owner Jon Sell regarding vehicle modifications he made to the subject 1997 Toyota 4Runner.

Respectfully submitted,

*/s/ DAVID P. STONE*
KURT C. KERN (Admitted Pro Hac Vice)
kurt.kern@bowmanandbrooke.com
DAVID P. STONE (Admitted Pro Hac Vice)
david.stone@bowmanandbrooke.com
CRAIG DUPEN (Admitted Pro Hac Vice)
craig.dupen@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
(972) 616-1700
(972) 616-1701 (fax)

AND

STEPHEN M. STRUM, #37133
SANDBERG PHOENIX & von GONTARD P.C.
600 Washington Avenue
15th Floor
St. Louis, MO 63101
314-446-4282
314-241-7604 (fax)
sstrum@sandbergphoenix.com

ATTORNEYS FOR DEFENDANTS
TOYOTA MOTOR CORPORATION AND
TOYOTA MOTOR SALES, U.S.A., INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically served on all counsel of record via the Court's ECF system, this 12th day of March, 2018, to the following counsel of record:

C. Tab Turner
Turner & Associates, P.A.
4705 Somers Avenue
North Little Rock, AR 72116

and

Douglas P. Dowd
Dowd & Dowd, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Attorneys for Plaintiffs

/s/ DAVID P. STONE

19240320v1

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| KRISTIN MARIE SMITH, AND LLOYD SMITH, Plaintiffs, v. TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC. Defendants. | Cause No. 12:16-CV-24 |

## DECLARATION OF JON SELL

Jon Sell states the following:

1. I am over 18 years old, of sound mind and am capable of providing this Declaration. The information set forth in this Declaration is personally known to me or based on my review of materials available to me, unless otherwise stated or attributed to others, and is true and correct.

2. I previously owned a 1997 Toyota 4Runner, Vehicle Identification Number JT3HN87R3V0109359 ("the 4Runner"). I purchased the 4Runner used from an individual in Texas and owned it for several years before I sold it to Lloyd Smith in approximately 2009.

3. While I owned the 4Runner, I installed larger tires on the vehicle. I also believe that while installing the larger tires I installed leaf spring spacers on the suspension. I believe that I replaced those larger tires with the original sized tires prior to selling the 4Runner to Lloyd Smith. I do not remember removing the leaf spring spacers from the suspension.

My name is Jon Sell, my date of birth is __1-29-1967__, and my address is __4396 Westwind Dr. Winnebago, IL 61088__ in the United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in __Winnebago__ County, State of __Illinois__, on the __6th__ day of March, 2018.

_____
Jon Sell