**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

KRISTIN MARIE SMITH
and LLOYD SMITH,

     Plaintiffs,

v.                           Cause No. 2:16-cv-24- ERW

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR SALES, U.S.A., INC.

     Defendants.

---

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST

---

     Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. (Toyota Defendants) file these objections to Plaintiffs' Exhibit List (Doc. 94) and would respectfully show the Court as follows:

     First, Plaintiffs' exhibit list contains numerous entries listed as exhibits to depositions taken in previous, unrelated cases from the instant lawsuit—including Christopher Tinto (*Hunsberger v. Toyota Motor Corp.* (2005)), Takashi Yonekawa (*Hunsberger*), Motoki Shibata (*Hunsberger* and *Hem v. Toyota Motor Corp.* (2008)), and Takashi Shirasu (*Hem*).  None of these exhibits should be admissible in the instant case.  Plaintiffs failed to formally disclose or produce any of these materials to the Toyota Defendants in this case at any point.  At best, the materials were included in a subfolder to a subfolder to a subfolder of a flash drive of Plaintiff expert Mark Arndt's file materials, produced at his deposition on December 13, 2017—and were still never identified as anything other than expert reliance materials.  Accordingly, under Federal Rules of Civil Procedure 26(a) and 37(c)(1), Plaintiffs should not be allowed to use any of these undisclosed exhibits at the trial of this matter.

     Moreover, Plaintiffs are unable adequately to establish that these exhibits are what they are purported to be, as required by Federal Rule of Evidence 901.  Other than some limited

deposition testimony designations for Christopher Tinto from *Hunsberger*, Plaintiffs simply do not have any testimony from these deponents in those prior cases at all—much less authenticating any of the listed exhibits.  And, even as to Christopher Tinto, as more fully described in the Toyota Defendants' objections to Plaintiffs' deposition designations, Mr. Tinto's testimony should be entirely excluded and thus be unable to serve as any authentication.

Plaintiffs cannot be allowed to suddenly inject 65 new exhibits into this lawsuit, some of which are very voluminous, many of which are quite irrelevant—including for instance subject vehicle photographs from those other cases—and all of which have never been formally produced in this case.  Plaintiffs first served federal initial disclosures in this case in August 2016 and from then until now Plaintiffs have been under the continuing obligation of Federal Rule of Civil Procedure 26(a) to provide to the Toyota Defendants a copy or a description by category and location of all documents and electronically stored information in their possession, custody, or control "that the disclosing party may use to support its claims . . . ."  Plaintiffs wholly failed to do so with respect to these exhibits from 10 and 13-year old depositions.  And, under Rule 37(c)(1), none of these exhibits should be admissible in the instant case.

In addition to the global objections to all of Plaintiffs' exhibits listed as prior case deposition exhibits, the Toyota Defendants further object to Plaintiffs' exhibit list as follows:

| EXH.: | | OBJECTIONS, IF ANY: |
|---|---|---|
| | **EXHIBITS TO DEPO OF CHRISTOPHER TINTO (HUNSBERGER v. TOYOTA; 03.16.05)** | *See global objections to exhibits from prior case depositions* |
| P1 | Mr. Tinto's handwritten organizational chart | Fed. R. Evid. 401, 402, 403, 801, 802, 901 |
| P2 | Mr. Tinto's statement before Congress | 401, 402, 403, 801, 802, 901 |
| P3 | Toyota Engineering Standards Test Method for Vehicle Rollovers | 1002 (*See* TMC Initial Disclosure Bates 2339 – 2354) |
| P4 | Transcript of Toyota presentation to NHTSA MVSRAC Rollover Subcommittee | 401, 402, 403, 801, 802, 901 |
| P5 | Toyota 4Runner 4x2 Photos and Measurements | 401, 402, 403, 801, 802, 901; injects other incidents |
| P6 | Toyota 4Runner 4x4 Photos and Measurements | 401, 402, 403, 801, 802, 901, injects |

| | | |
|---|---|---|
| | | other incidents |
| P7 | SAE, "Active Control Strategy for Improved Handling and Stability | 901, 1002 (*See* TMC Initial Disclosure Bates 120767-120777) |
| P8 | Test Report in Japanese and English | 401, 402, 403, 901 |
| P9 | Test Report in Japanese and English | 401, 402, 403, 901 |
| P10 | Article, "Stability Criteria and Evaluation of Steering Maneuver in 'Driver Vehicle System'" | 901, 1002 (*See* TMC Initial Disclosure Bates 120750-120757) |
| P11 | Article, "Vehicle Dynamics and Control for Active Safety" | 901, 1002 (*See* TMC Initial Disclosure Bates 380732-380741) |
| P12 | Rapid Test Report | 401, 402, 403; other vehicles not relevant |
| P13 | Article, "Driver's Characteristics of Avoidance Maneuver" | 901, 1002 (*See* TMC Initial Disclosure Bates 107139-107144) |
| P14 | Article, "A Study of Rollover of Sport Utility Vehicle" | 901, 1002 (*See* TMC Initial Disclosure Bates 99162-99167) |
| P15 | Article, "A Study on Rollover of Sport Utility Vehicle" | 901, 1002 (*See* TMC Initial Disclosure Bates 47272-47276) |
| P16 | Japanese Document Titled "A Study of Rollover of Sport Utility Vehicle" | 901, 1002 (*See* TMC Initial Disclosure Bates 47268-47271) |
| P17 | Article, "A Study of Emergency Maneuverability" | 901, 1002 (*See* TMC Initial Disclosure Bates 121140-121145A) |
| P18 | Engineering Report No. T9512-0877 | 901, 1002 (*See* TMC Initial Disclosure Bates 54438-54482) |
| P19 | Marketing Technical Information Booklet for the 1996 Toyota 4Runner | 403 |
| P20 | Internal Memo to the NHTSA Docket from Mr. Pyne | 403 |
| P21 | Ford Motor Company Memorandum | 401, 402, 403, 801, 802, 901 |
| P22 | Engineering Report No. T9712-1178 | 901, 1002 (*See* TMC Initial Disclosure Bates 98014-98055) |
| P23 | Article in Japanese Titled "Average Driver's Behavior in Emergency Situation and Limit of Tire Adhesion" | 901, 1002 (*See* TMC Initial Disclosure Bates 238437) |
| P24 | Engineering Report No. T9804-1186 | 901, 1002 (*See* TMC Initial Disclosure |

| | | |
|---|---|---|
| | | Bates 121016-121027) |
| P25 | Engineering Report No. T9809-0401 | 401, 402, 403; other vehicles not relevant |
| P26 | Engineering Report No. T9812-0209 | 401, 402, 403; other vehicles not relevant |
| P27 | Engineering Report No. T9812-0093 | 901, 1002 (*See* TMC Initial Disclosure Bates 125584-125598) |
| P28 | NHTSA Table of 1998 SUVs | 801, 802, 901 |
| P29 | LF Mr. Yoshie to Ms. Bailey, 8/30/00 | 401, 402, 403, 801, 802, 901 |
| P30 | Toyota Hot Sheet, November 2000 | 401, 402, 403, 801, 802, 901 |
| P31 | LF Mr. Tinto to Mr. Weinstein, 1/18/02 | 401, 402, 403, 801, 802, 901 |
| P32 | LF Mr. Matsunami to Mr. Sugiyama, 1/18/02 | 401, 402, 403, 801, 802, 901 |
| P33 | Toyota Interoffice Memo, 1/18/02 | 401, 402, 403, 801, 802, 901 |
| P34 | Toyota Engineering Standard TSA5130G | 901, 1002 (*See* TMC Initial Disclosure Bates 149455) |
| P35 | Toyota Engineering Standard TSA1526G | 901, 1002 (*See* TMC Initial Disclosure Bates 160252) |
| P36 | Test Result Report for '97 4Runner | 901, 1002 (*See* TMC Initial Disclosure Bates 202227) |
| P37 | Engineering Report No. T0211-0840 | 901, 1002 (*See* TMC Initial Disclosure Bates 163520-163547) |
| P38 | Engineering Report No. T0211-0841 | 901, 1002 (*See* TMC Initial Disclosure Bates 163585-163621) |
| P39 | LF Mr. Cammisa to Dr. Runge, 11/21/02 | 401, 402, 403, 801, 802, 901 |
| P40 | Engineering Report No. T0211-0840 | 901, 1002 (*See* TMC Initial Disclosure Bates 163520-163547) |
| P41 | Acknowledgement Fax Sheet of Receipt of Defect Information Report Submitted Under 40 CFR Part 573 | 401, 402, 403, 801, 802, 901 |
| P42 | LF Mr. Tinto to Mr. Weinstein, 1/18/02 | 401, 402, 403, 801, 802, 901 |
| P43 | Toyota Customer Services Interoffice Memo from Mr. Zellers | 401, 402, 403, 901 |

| P44 | E-mail from Toyota Motor Sales to the Dealers' Service Managers | 401, 402, 403, 901 |
|---|---|---|
| P45 | Quarterly Report on Notification of Campaign - Part 573.6(b) | 401, 402, 403, 801, 802, 901 |
| P46 | LF Mr. Tinto re: Docket 2001-9663 | 401, 402, 403, 801, 802, 901 |
| P47 | Article, "Development of Estimation Method of Vehicle's Emergency Handling" | 901, 1002 (*See* TMC Initial Disclosure Bates 175156-175161) |
| | **EXHIBITS TO DEPO OF TAKASHI YONEKAWA (HUNSBERGER v. TOYOTA; 01.20-21.05)** | ***See global objections to exhibits from prior case depositions*** |
| P48 | Copy of Yonekawa's resume | 401, 402, 403 |
| P49 | Collection of 4 documents re: the recall of the '96 - '98 model 4Runner for handling performance defect<br>1.  Defect Information Report for 4Runner Handling Performance dated 1/21/2002 (1 page)<br>2.  Interoffice Memo from Zellers to Distributor/VP's re: 1996-1998 MY 4Runner Rear Suspension Modification (4 pages)<br>3.  LF Tinto to Weinstein/NHTSA re: Toytoa 4Runner Handling Performance, Part 573, Defect Information Report (4 pages)<br>4.  MF Toyota Customer Service to All Toyota Dealers re: 1996-1998 MY4Runner Rear Suspension Modification SSC (2 pages) | 401, 402, 403, 801, 802, 901 |
| P50 | Engineering Report TO206-1269 dated 6/26/02 | 401, 402, 403, 801, 802, 901 |
| P51 | TO 206-1270 6/26/02 | 401, 402, 403, 801, 802, 901 |
| P52 | Test TO 206-1271 6/26/02 | 401, 402, 403, 801, 802, 901 |
| P53 | 100 Foot SAE J266 Circle Test | 401, 402, 403, 801, 802, 901 |
| P54 | Article from Experimental Safety Vehicle Conference, "Development of Estimation Method…" | 401, 402, 403, 801, 802, 901 |
| P55 | Transcript of presentation by Toyota to NHTSA Rollover MVSRAC Rollover Subcommittee 3/16/89 | 401, 402, 403, 801, 802, 901 |
| | **EXHIBITS TO DEPO OF MOTOKI SHIBATA (HUNSBERGER v. TOYOTA; 01.21.05)** | ***See global objections to exhibits from prior case depositions*** |
| P56 | CV | 403; more current CV available at P234 |
| | **EXHIBITS TO DEPO OF MOTOKI SHIBATA (HEM v. TOYOTA; 06.05.08)** | ***See global objections to exhibits from prior case depositions*** |
| P57 | Background of Mr. Motoki Shibata (1 pg) | 403; more current CV available at |

| | | |
|---|---|---|
| | | P234 |
| P58 | Resume in Japanese (1 pg) | 403; more current CV available at P234 |
| P59 | Materials reviewed by the deponent:  Engineering Reports and Test Standards | 403, 1002; illegible copies—relevant reports and standards were produced in this case |
| P60 | Copy of Color Photograph | 401, 402, 403, 901; injects other incidents |
| P61 | Copy of Color Photograph | 401, 402, 403, 901; injects other incidents |
| P62 | Copy of Color Photograph | 401, 402, 403, 901; injects other incidents |
| | **EXHIBITS TO DEPO OF TAKASHI SHIRASU (HEM v. TOYOTA; 06.05.08)** | *See global objections to exhibits from prior case depositions* |
| P63 | Background of Mr. Takashi Shirasu (1 pg) | 401, 402, 403, 801, 802, 901 |
| P64 | Resume in Japanese (1 pg) | 401, 402, 403, 801, 802, 901 |
| P65 | Materials reviewed by the deponent:<br>Engineering Report No T9904-1223:  Results of Stability and Controllability Evaluation of 800 T Off Road Package (40 pg)<br>Engineering Report No. T9904-1519:  Evaluation of RO Resistance Performance on 800T (45 pg)<br>Engineering Report No. T9904-1224:  Results of Stability and Controllability Evaluation of 800 T (16 pg)<br>Toyota Engineering Standard TS A1544: Method for Measuring Lateral Acceleration for RO (9 pg)<br>Toyota Engineering Standard TS A1501G: Prep Procedure for Vehicle Controllability and Stability Test (9 pg)<br>Toyota Engineering Standard TS A1513G.1: Straight Line Stability Test Method at High Speed (10 pg)<br>Toyota Engineering Standard TS A1515G.4: Slalom Test Method (13 pg)<br>Toyota Engineering Standard TS A1516g.4: Fixed Control Test Method (10 pg)<br>Toyota Engineering Standards TS A1517G.1: Free Control Test Method (7 pg)<br>Toyota Engineering Standards TS A1526G.1:  Maximum Lateral Acceleration Test Method (6 pg)<br>Toyota Engineering Standards TS A1527G.1:  Pylon Slalom Test Method (6 pg)<br>Toyota Engineering Standards TS A0509G.2:  Measurement Method of Moment of Inertia About 3 Axis of Vehicle and Height of Gravitational Center (13 pg)<br>Toyota Engineering Standards TS A0508G:  Measurement Method of Moment | 403, 1002; less legible copies—relevant reports and standards were produced in this case |

| | | |
|---|---|---|
| | of Inertia About 3 Axes of Vehicle and Height of Gravitational Center (10 pg)<br>Toyota Engineering Standards TS Z5100G:  Terms on Controllability and Stability (55 pg)<br>Remaining documents are in Japanese | |
| | **CASE DEPOS:** | |
| | ***EXHIBITS TO THE DEPO OF AUSTIN, KILE (SMITH v. TOYOTA; 2015 11 17)*** | |
| P66 | Affidavit of Kile Austin | 403, 801, 802 |
| P67 | Photograph | |
| | ***EXHIBITS TO THE DEPO OF ARNDT, MARK (SMITH v. TOYOTA; 2017 12 13)*** | |
| P68 | USB containing entire file: correspondence, depos, documents/reports/articles, medical records, MWA work, vehicle photos by Lloyd Smith, early site photos by Lloyd Smith, MWA site inspection and measurement photos, MWA drive through video, testing material from Mickey Gilbert, accident report, vehicle photos, Western Lewis County FD records, Complaint, First Amended Petition | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein— including specifically any reference to other incidents and testing of Toyota 4Runner vehicles not conducted by Mr. Arndt |
| P69 | Plaintiffs' Initial Expert Disclosure | 401, 402, 403, 801, 802, |
| | ***EXHIBITS TO THE DEPO OF CARHART, MICHAEL (SMITH v. TOYOTA; 2018 01 05)*** | |

| | | |
|---|---|---|
| P70 | Flash Drive containing:<br>Literature, Crash Report, Western Lewis FD Report, Case Depos, Defendant's Preliminary RO Sequence, Plaintiffs' Expert Disclosure, Karen Grossman Tabak Report/CV, Defendant's Discovery Responses, Plaintiffs Discovery Responses and NOD, Medical Records, Photos:  Lee Carr, Scene, Injury, Vehicle; Vehicle CARFAX | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| | **EXHIBITS TO THE DEPO OF CARR, LEE (SMITH v. TOYOTA; 2018 01 05)** | |
| P71 | Carr Engineering Inc, Exhibit List, 1/4/2018 | |
| P72 | Three-ring binder (red in color):  case specific material | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P73 | Three-ring binder (white in color):  case specific material | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P74 | Hard Drive:<br>Exhibits<br>Literature<br>Mail<br>Materials Reviewed<br>Testing<br>Smith, Kristin v. Toyota - Carhart file | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P75 | Copies of depo transcripts reviewed | 403, 801, 802 |
| P76 | Manila folder:  Arndt Reconstruction, Arndt Explorer | |
| P77 | Manila folder:  Carr invoices, pleadings, emails, correspondence | |
| P78 | Reproduced copy of original data published in Item 40, Exh. 4:  Charts, graphs, handwritten notes, vehicle CG data sheet, tire size notes, vehicle information notes, VIN decoded, 1997 Manufacturer Motor Vehicle Spec (TMC), articles/publications, pleadings, | |
| | **EXHIBITS TO THE DEPO OF KLIMA, MICHAEL (SMITH v. TOYOTA; 2018 01 03)** | |
| P79 | CV | |
| P80 | List of Testimony | |
| P81 | Billing | |

| P82 | Hard drive:<br>Depositions, Discovery, Docs produced by TMC and TMS, Investigation (Crash Report, CARFAX); Lee Carr Photos, scene photos, vehicle photos produced by Plaintiff | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
|---|---|---|
| P83 | Correspondence | 403, 801, 802 |
| P84 | Other legal docs:  NOD, Plaintiffs Initial Expert Disclosure, TMC and TMS, USA Expert Disclosure, Order Granting Parties Joint Motion to Amend Case Management Order, Amended Case Management Order, Complaint | 401, 402, 403, 801, 802 |
| P85 | Accident report (redacted in accordance with MIL ruling) | |
| P86 | Vehicle documentation:  CARFAX | |
| P87 | Depo summaries | 403, 801, 802 |
| P88 | SAE transactions, paper preamble | |
| P89 | SAE paper, 2005-01-1702 | |
| P90 | DRE report 111PT, seatbelt retractor | |
| P91 | Hard drive:<br>Correspondence, Legal documents, Accident Report and Scene Photographs, Accident Vehicle and Site Photographs, Medical Records, Vehicle Documentation, Plaintiffs Expert Documents, Defense Expert Documents, Depositions, DRE Documentation | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P92 | Renfroe paper | |
| | **EXHIBITS TO THE DEPO OF OYAMA, KOZO (SMITH v. TOYOTA; 2017 09 29)** | |
| P93 | Background of Mr. Kozo Oyama | |
| P94 | Background of Mr. Kozo Oyama (Japanese version) | |
| P95 | Manufacturers Motor Vehicle Specs 1996 - 4Runner | |
| P96 | Handwritten Information - 2nd Gen & 3rd Gen | |
| P97 | SSF | 801, 802, 901 |
| P98 | Transcript of Toyota Presentation to NHTSA MVSRAC RO Committee - March 16, 1983 | 401, 402, 403, 801, 802, 901 |
| P99 | SSF Chart | 801, 802, 901 |
| P100 | Video Clip (Retained by Counsel) | 401, 402, 403 |
| P101 | Video Clip (Retained by Counsel) | 401, 402, 403, 901 |
| P102 | Article:  "Driver's Characteristics of Avoidance Maneuver" | 901, 1002 (*See* TMC Initial Disclosure Bates 107139-107144) |
| P103 | Drawings 96-02 (Just 1997) | |
| P104 | Test Results | |

| P105 | Standards/Test Procedures for Third Gen 4Runner - Handling and Stability and RO Resistance Evaluation | |
| P106 | 1990-1995 Model Tests - Second Gen | 401, 402, 403 |
| P107 | 4Runner New Car Features - 1996 | |
| | **EXHIBITS TO THE DEPO OF KUMAR, SRI (SMITH v. TOYOTA; 2017 12 19)** | |
| P108 | Plaintiffs' Initial Expert Disclosure | 401, 402, 403, 801, 802 |
| P109 | Correspondence materials | 401, 402, 403, 801, 802 |
| P110 | Invoices | 401, 402, 403, 801, 802 |
| P111 | CV | 801, 802 |
| P112 | Testimony List | |
| P113 | Accident Report Manila Folder (redacted in accordance with MIL ruling) | |
| P114 | Recon Manila Folder:  Aerial Photo w/rollover trajectory overlay, graphs, photos showing scratch marks, scratch pattern analysis | |
| P115 | Notes Manila Folder | 801, 802 |
| P116 | Depo Summary Manila folder | 403, 801, 802, 1002 |
| P117 | Vehicle photos Manila Folder | |
| P118 | 9/30/2015 Exemplar Study Photographs | |
| P119 | 11/2/2017 Exemplar Study Photographs | |
| P120 | Group of six discs:<br>1.  Study 1-5 X-ray ankle, chest, abdomen<br>2.  Medical records/bills<br>3.  Medical records/bills<br>4.  Blessing Hospital records<br>5.  Case File Material<br>6.  Untitled | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P121 | Electronic Copy of Exemplar Studies | |
| P122 | Group of Scientific Articles:<br>Impact Biomechanics of the Human Thorax - Abdomen Complex<br>Marks Standard Handbook for Mechanical Engineers<br>Motor Vehicle Seat Belt Restraint System Analysis During RO<br>Human Tolerance to Impact Conditions as Related to Motor Vehicle Design - SAE J885<br>Injury Calculations Guidelines<br>Preliminary Findings from the National Crash Severity Study<br>Experimental and Computational Investigation of Human Clavicle Response in Anterior-Posterior Bending Loading | 401, 402, 403 |
| P123 | Summary of Medical Records and Medical Records | 801, 802, 1002 |
| P124 | Medical Summary and Illustrations | 801, 802, 1002 |
| | **EXHIBITS TO THE DEPO OF MEYER, STEVEN (SMITH v. TOYOTA; 2017 12 18)** | |

| P125 | Flash Drive containing:<br>1. Meyer Exhibits (Vehicle photos, scene photos, complaint, scheduling order, crash report, Lewis County Sheriffs report, Depos, Medical Records, Vehicle Data, Testimony re: Belt Use, Exemplar seat belt, jury teaching, exemplar retractors with CLP, SAE 840396, TRW - Chamberlain docs, Autoliv Full Service Supplier, Ejection Mitigation Timeline, Restraint Performance Papers, Previous SAFE testing, Quote from Obergefell paper/presentation, SAFE roll spit with CLP, SAFE high speed roll spit tests, testing:  relieved retractor tension, Dolly RO Tests w/Spool Out, CLP Patents, Retractor Patents, Occupant Protection Timeline, FMVSS 209, GM LT NHTSA re: Inconsequential Noncompliance, 1997 Chevy Blazer recall docs, Evenflo Dolly RO video, Castillo v. GM dolly RO)<br>2. Meyer File Contents List<br>3. Scanned Depo Notebook<br>4. Scanned Photo Binder | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
|---|---|---|
| P126 | Index of Docs | 801, 802 |
| P127 | Plaintiffs' Initial Expert Disclosure | 401, 402, 403, 801, 802 |
| P128 | Invoices | 401, 402, 403, 801, 802 |
| P129 | BIN3 49 Exemplar Restraint Data:  1999(+) Toyota 4Runner | 401, 402, 403, 801, 802 |
| P130 | Diagram | 401, 402, 403, 801, 802 |
| P131 | Figure 2 - Retractor Unlocked Rotation Ranges | 401, 402, 403, 801, 802 |
| P132 | SAFE Depo Notebook | 401, 402, 403, 801, 802 |
| P133 | SAFE Photographs | 401, 402, 403, 801, 802 |
| | **EXHIBITS TO THE DEPO OF POWER, ROBERT, CHIEF DEPUTY (SMITH v. TOYOTA; 2016 02 06)** | |
| | NO EXHIBITS MARKED | |
| | **EXHIBITS TO THE DEPO OF REICHERT, CRAIG (SMITH v. TOYOTA; 2015 11 16)** | |
| P134 | Missouri Uniform Crash Report  (redacted in accordance with MIL ruling) | |
| | **EXHIBITS TO THE DEPO OF SCHNEIDER, DENNIS (SMITH v. TOYOTA; 2018 01 04)** | |
| P135 | CV | |
| P136 | Depo and Trial Testimony list | |
| P137 | Correspondence clip | 401, 402, 403, 801, 802 |
| P138 | Missouri Uniform Crash Report (redacted in accordance with MIL ruling) | |
| P139 | Western Lewis county FPD Crash Report | |
| P140 | Affidavit of Kile Austin | 403, 801, 802 |
| P141 | Affidavit of Michael Whiteaker | 403, 801, 802 |

| P142 | TextMap Annotation Digest Report - Kristin Smith | 403, 801, 802 |
|------|--------------------------------------------------|---------------|
| P143 | TextMap Annotation Digest Report - Lloyd Smith | 403, 801, 802 |
| P144 | TextMap Annotation Digest Report - Craig Reichert | 403, 801, 802 |
| P145 | TextMap Annotation Digest Report - Deputy Chief Robert Power | 403, 801, 802 |
| P146 | Table of contents | |
| P147 | Medical Records Reviewed | |
| P148 | AIS coding of injuries | 403, 801, 802, 1002 |
| P149 | Short File Chronology of Injuries and Events | 403, 801, 802, 1002 |
| P150 | Illustrations of General Anatomic Injury Location and Feature | |
| P151 | Illustrations of General Anatomic Injury Location and Feature | |
| P152 | Illustrations of General Anatomic Injury Location and Feature | |
| P153 | Illustrations of General Anatomic Injury Location and Feature | |
| P154 | Illustrations of Muscles of Rotator Cuff | |
| P155 | Illustrations of Lateral View of Pectoral Girdle | |
| P156 | Illustrations of Muscles of Hip and Thigh: Lateral View | |
| P157 | Illustrations of Skull: Anterior View | |
| P158 | Illustrations of Bones of Trunk and Pelvis | |
| P159 | Illustrations of the Humerus of the Right Arm and Detailed Views of the Articulation at the Elbow | |
| P160 | Accident Reconstructions Diagram Prepared by Carr Engineering | |
| P161 | Series of Photographs | |
| P162 | PowerPoint Index of Injuries | |
| P163 | Series of Slides from a PowerPoint Presentation | |
| P164 | Medical Records Reviewed | |
| P165 | AIS coding of injuries | 403, 801, 802, 1002 |
| P166 | Illustrations of General Anatomic Injury Locations and Feature | |
| P167 | Lewis County Ambulance DI | |
| P168 | Transport Medical Record | |
| P169 | Medical Records:  Trauma - Multisystem | |
| P170 | Medical Record:  Blessing Hospital | |
| P171 | Emergency Center Trauma Flowsheet | |
| P172 | Trauma Flowsheet Narrative Notes | |
| P173 | Medical Record:  Blessing Hospital (assumed Schneider Ex. 39)[1] | |
| P174 | Emergency Center Record:  Blessing Hospital (Schneider Ex. 40) | 602, 702, 801, 802 |
| P175 | Medical Record:  Blessing Hospital (Schneider Ex. 41) | 602, 702, 801, 802 |
| P176 | Medical Record:  Blessing Hospital (Schneider Ex. 42) | 602, 702, 801, 802 |
| P177 | Medical Record:  Blessing Hospital (Schneider Ex. 43) | 602, 702, 801, 802 |

[1] Plaintiffs' exhibits P173 to P233 are all vaguely titled as medical records from Blessing Hospital.  Assuming Plaintiffs intended to continue numerically referencing the exhibits from Dr. Schneider's deposition, Defendants have herein lodged objections as if exhibits P173 to P233 are copies of Schneider Depo Exhibits 39 to 99.

| P178 | Medical Record:  Blessing Hospital (Schneider Ex. 44) | 602, 702, 801, 802 |
| P179 | Medical Record:  Blessing Hospital (Schneider Ex. 45) | 602, 702, 801, 802 |
| P180 | Medical Record:  Blessing Hospital (Schneider Ex. 46) | 602, 702, 801, 802 |
| P181 | Medical Record:  Blessing Hospital (Schneider Ex. 47) | 602, 702, 801, 802 |
| P182 | Medical Record:  Blessing Hospital (Schneider Ex. 48) | 602, 702, 801, 802 |
| P183 | Medical Record:  Blessing Hospital (Schneider Ex. 49) | 602, 702, 801, 802 |
| P184 | Medical Record:  Blessing Hospital (Schneider Ex. 50) | 602, 702, 801, 802 |
| P185 | Medical Record:  Blessing Hospital (Schneider Ex. 51) | 602, 702, 801, 802 |
| P186 | Medical Record:  Blessing Hospital (Schneider Ex. 52) | 602, 702, 801, 802 |
| P187 | Medical Record:  Blessing Hospital (Schneider Ex. 53) | 602, 702, 801, 802 |
| P188 | Medical Record:  Blessing Hospital (Schneider Ex. 54) | 602, 702, 801, 802 |
| P189 | Medical Record:  Blessing Hospital (Schneider Ex. 55) | 602, 702, 801, 802 |
| P190 | Medical Record:  Blessing Hospital (Schneider Ex. 56) | 602, 702, 801, 802 |
| P191 | Medical Record:  Blessing Hospital (Schneider Ex. 57) | 602, 702, 801, 802 |
| P192 | Medical Record:  Blessing Hospital (Schneider Ex. 58) | 602, 702, 801, 802 |
| P193 | Medical Record:  Blessing Hospital (Schneider Ex. 59) | 602, 702, 801, 802 |
| P194 | Medical Record:  Blessing Hospital (Schneider Ex. 60) | 602, 702, 801, 802 |
| P195 | Medical Record:  Blessing Hospital (Schneider Ex. 61) | 602, 702, 801, 802 |
| P196 | Medical Record:  Blessing Hospital (Schneider Ex. 62) | 602, 702, 801, 802 |
| P197 | Medical Record:  Blessing Hospital (Schneider Ex. 63) | 602, 702, 801, 802 |
| P198 | Medical Record:  Blessing Hospital (Schneider Ex. 64) | 602, 702, 801, 802 |
| P199 | Medical Record:  Blessing Hospital (Schneider Ex. 65) | 602, 702, 801, 802 |
| P200 | Medical Record:  Blessing Hospital (Schneider Ex. 66) | 602, 702, 801, 802 |
| P201 | Medical Record:  Blessing Hospital (Schneider Ex. 67) | 602, 702, 801, 802 |
| P202 | Medical Record:  Blessing Hospital (Schneider Ex. 68) | 602, 702, 801, 802 |
| P203 | Medical Record:  Blessing Hospital (Schneider Ex. 69) | 602, 702, 801, 802 |
| P204 | Medical Record:  Blessing Hospital (Schneider Ex. 70) | 602, 702, 801, 802 |
| P205 | Medical Record:  Blessing Hospital (Schneider Ex. 71) | 602, 702, 801, 802 |
| P206 | Medical Record:  Blessing Hospital (Schneider Ex. 72) | 602, 702, 801, 802 |
| P207 | Medical Record:  Blessing Hospital (Schneider Ex. 73) | 602, 702, 801, 802 |
| P208 | Medical Record:  Blessing Hospital (Schneider Ex. 74) | 602, 702, 801, 802 |
| P209 | Medical Record:  Blessing Hospital (Schneider Ex. 75) | 602, 702, 801, 802 |
| P210 | Medical Record:  Blessing Hospital (Schneider Ex. 76) | 602, 702, 801, 802 |
| P211 | Medical Record:  Blessing Hospital (Schneider Ex. 77) | 602, 702, 801, 802 |
| P212 | Medical Record:  Blessing Hospital (Schneider Ex. 78) | 602, 702, 801, 802 |
| P213 | Medical Record:  Blessing Hospital (Schneider Ex. 79) | 602, 702, 801, 802 |
| P214 | Medical Record:  Blessing Hospital (Schneider Ex. 80) | 602, 702, 801, 802 |
| P215 | Medical Record:  Blessing Hospital (Schneider Ex. 81) | 602, 702, 801, 802 |
| P216 | Medical Record:  Blessing Hospital (Schneider Ex. 82) | 602, 702, 801, 802 |

| P217 | Medical Record:  Blessing Hospital (Schneider Ex. 83) | 602, 702, 801, 802 |
|------|------|------|
| P218 | Medical Record:  Blessing Hospital (Schneider Ex. 84) | 602, 702, 801, 802 |
| P219 | Medical Record:  Blessing Hospital (Schneider Ex. 85) | 602, 702, 801, 802 |
| P220 | Medical Record:  Blessing Hospital (Schneider Ex. 86) | 602, 702, 801, 802 |
| P221 | Medical Record:  Blessing Hospital (Schneider Ex. 87) | 602, 702, 801, 802 |
| P222 | Medical Record:  Blessing Hospital (Schneider Ex. 88) | 602, 702, 801, 802 |
| P223 | Medical Record:  Blessing Hospital [sic – should be Dr. Childress Office Visit December 20, 2012] (Schneider Ex. 89) | 401, 402, 403, 602, 702, 801, 802 |
| P224 | Medical Record:  Blessing Hospital [sic – should be Dr. Childress Progress Note April 14, 2008] (Schneider Ex. 90) | 401, 402, 403, |
| P225 | Medical Record:  Blessing Hospital [sic – should be March 16, 2010 Office Encounter at LaBelle] (Schneider Ex. 91) | 401, 402, 403, 602, 801, 802 |
| P226 | Medical Record:  Blessing Hospital [sic – should be June 9, 2011 Office Encounter at Lewistown] (Schneider Ex. 92) | 401, 402, 403 |
| P227 | Medical Record:  Blessing Hospital [sic – should be July 5, 2011 Office Encounter at Lewistown] (Schneider Ex. 93) | 401, 402, 403 |
| P228 | Medical Record:  Blessing Hospital [sic – should be July 5, 2011 Radiology Report Quincy Medical Group] (Schneider Ex. 94) | 401, 402, 403 |
| P229 | Medical Record:  Blessing Hospital [sic – should be December 19, 2011 Office Encounter at Lewistown] (Schneider Ex. 95) | 602, 702, 801, 802 |
| P230 | Medical Record:  Blessing Hospital [sic – should be December 29, 2012 Radiology Report Quincy Medical Group] (Schneider Ex. 96) | 401, 402, 403 |
| P231 | Medical Record:  Blessing Hospital [sic – should be July 31, 2012 Office Encounter at LaBelle] (Schneider Ex. 97) | 401, 402, 403, 602, 801, 802 |
| P232 | Medical Record:  Blessing Hospital [sic – should be flash drive of Dr. Schneider's file materials] (Schneider Ex. 98) | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P233 | Medical Record:  Blessing Hospital [sic – should be vehicle photos in junkyard] (Schneider Ex. 99) | |
|  | **EXHIBITS TO THE DEPO OF SCHNEIDER, DENNIS (SMITH v. TOYOTA; 2018 02 14)** | |
|  | NO EXHIBITS MARKED | |
|  | **EXHIBITS TO THE DEPO OF SHIBATA, MOTOKI (SMITH v. TOYOTA; 2017 09 28)** | |
| P234 | Background of Mr. Motoki Shibata | |
| P235 | Drawings - 1997 Retractor & Buckle Power Seat | |

| P236 | Drawings - 96092 Retractor & Buckle Non-Power Seat (11 drawings):<br>1.  Installation Drawing Seat Belt Assy<br>2.  Belt Assy Front Seat Outer LH<br>3.  Belt Assy Fr Seat Outer LH<br>4.  Belt Assy Fr Seat Outer LH<br>5.  Belt Assy Fr Seat Outer LH<br>6.  Belt Assy Fr Seat Outer LH<br>7.  Belt Assy Fr Seat Inner<br>8.  Belt Assy Fr Seat Inner<br>9.  Retractor Assy Fr Seat Belt LH<br>10.  Retractor Assy Fr Seat Belt RH/LH<br>11.  Retractor Assy, Fr Seat Belt RH/LH | |
|---|---|---|
| P237 | 1997 Test Reports (6):<br>1.  Automotive Seat Belt Assy, Type 2, submitted and identified by Client for specific testing (17 pg)<br>2.  Addendum to US Testing Company, Inc., Report No 115426-95; Change of Webbing Guide (4 pg)<br>3.  FMVSS 209, Seat Belt Assy (In Japanese) (10 pg)<br>4.  Japanese document (11 pg)<br>5.  Summary of test results, other than regulations, for seat belt (11 pg)<br>6.  Test Method for Vehicle RO (Japanese and English) (27 pg) | |
| P238 | 1996, 1998-2002 Test Reports | |
| P239 | Folder - FMVSS 208 (Fitting) - Test Report no. RRMS-957009 1996-2002 Seat Belt Fitting Test on 185T (US and Canada Bound, Sport Type Seat) | |
| P240 | Folder - FMVSS 209, Test Report No. RRBH-958007 1996-1997, FMVSS Compliance Test on Front Seat Belt of 185T | |
| P241 | Folder - Head On - Test Report No. RRMS-951014 1996-1997, 052W (U.S. Bound) 35 MPH, Head-On Collision Test (JH15059) | |
| P242 | Right Oblique - Test Report No. RRMS-95109 1996-2000, 30 MPH Right Oblique Collision Test on 185T (JH5025) (FMVSS 301) | |
| P243 | Left Oblique - Test Report No. RRMS-951022 1996-2000, 30 MPH Left Oblique Collision Test on 185T (US Bound) (JH4039) (FMVSS 301) | |
| P244 | RIGHT SIDE - TEST REPORT NO. RRMS-952006 1996-2002, 20MPH RIGHT SIDE COLLISION TEST ON 185T (U.S. BOUND, 4X4, 853E ENGINE) (JM5003) (FMVSS 301) AND COLOR PHOTOGRAPHS | |
| P245 | LEFT SIDE - TEST REPORT NO. RRMS-952005 1996-2002, 20MPH LEFT SIDE COLLISION TEST ON 185T (U.S. BOUND, 4X4, 853E ENGINE) (JM5002) (FMVSS 301) AND COLOR PHOTOGRAPHS | |
| P246 | REAR END - TEST REPORT NO. RRMS-952001 1996-2000, 35MPH REAR END COLLISION TEST ON 185T (U.S. BOUND, 4X4 848E ENGINE) (JM4008) (FMVSS 301) AND COLOR PHOTOGRAPHS | |
| P247 | REAR END - TEST REPORT NO. RRMS-952007 1996-2002, 35MPH REAR-END COLLISION TEST ON 185T (U.S. BOUND, 4X4, W/REAR TRAILER HITCH BUMPER) (JM5004) (FMVSS 301) AND COLOR PHOTOGRAPHS | |

| P248 | TEST REPORT NO. RRMS-952004 1996-2002, 30 MPH DOLLY ROLLOVER TEST ON 185T (U.S. BOUND 4X4 835E ENGINE) (XY4017) AND COLOR PHOTOGRAPHS | |
| P249 | TEST REPORTS AND DRAWINGS RELATED TO 1996-2002 MODEL 4RUNNER ROOF | |
| P250 | "TOYOTA AND AUTOMOTIVE SAFETY" (CQQ-0436 TO 0456) | 401, 402, 403, 901, 1002 |
| P251 | 1997 OWNER'S MANUAL - 4RUNNER (109666 TO 109908) | |
| | **EXHIBITS TO THE DEPO OF SMITH, KRISTIN (SMITH v. TOYOTA; 2015 02 20)** | |
| P252 | Scene Photograph | |
| P253 | Aerial photo of scene | |
| P254 | Scene Photograph | |
| P255 | Scene Photograph | |
| P256 | Scene Photograph | |
| P257 | Missouri Uniform Crash Report (redacted in accordance with MIL ruling) | |
| | **EXHIBITS TO THE DEPO OF SMITH, LLOYD (SMITH v. TOYOTA; 2015 02 20)** | |
| P258 | NOD | 401, 402 |
| P259 | Scene photo | |
| P260 | Scene photo | |
| P261 | Scene photo | |
| P262 | Scene photo | |
| P263 | Scene photo | |
| P264 | Scene photo | |
| P265 | Scene photo | |
| P266 | Scene photo | |
| P267 | Scene photo | |
| P268 | Vehicle photo | |
| P269 | Vehicle photo | |
| P270 | Vehicle photo | |
| P271 | Vehicle photo | |
| P272 | Vehicle photo | |
| P273 | Vehicle photo | |
| P274 | Vehicle photo | |
| P275 | Vehicle photo | |
| P276 | Vehicle photo | |
| P277 | Vehicle photo | |
| P278 | Vehicle photo | |
| P279 | Vehicle photo | |
| P280 | Vehicle photo | |
| P281 | Vehicle photo | |

| | | |
|---|---|---|
| P282 | Vehicle photo | |
| P283 | Vehicle photo | |
| P284 | Vehicle photo | |
| | **EXHIBITS TO THE DEPO OF VAN ARSDELL, WILLIAM (SMITH v. TOYOTA; 2017 12 22)** | |
| P285 | Hard drive:<br>Court Documents<br>Expert Depos<br>Expert Reports/Disclosures<br>Fact Depos and Exhibits<br>First Responder Reports<br>Material Subject to PO<br>Medical Records<br>Miscellaneous<br>Photographs and Video<br>Van Arsdell Material:<br>CV/Testimony List<br>Depo Summaries<br>EP Correspondence<br>Literature<br>Testing<br>EP Facts Summary<br>Experts - NOD for TMC Experts<br>File Materials listing<br>RO (Quarter Turns)<br>NOD - Van Arsdell | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P286 | Expert report | 403, 602, 801, 802, 1002 |
| P287 | List of Materials | 401, 402, 403 |
| P288 | Depo Summaries | 403, 801, 802, 1002 |
| P289 | Invoices | |
| P290 | Correspondence | 401, 402, 403, 801, 802, |
| P291 | Vehicle Photographs | |
| P292 | Analysis of NASS data related to Severity of RO | |
| P293 | Test Results Summary Bates 170326-170336 | |
| P294 | RO test report of Third Gen Toyota 4Runner | |
| P295 | Terry Thomas 2002 Article "Emergency Locking Retractor Performance and RO Accidents" | 401, 402 |
| P296 | CV | |
| P297 | Testimony List | |
| P298 | Exemplar Retractor | |
| P299 | Exemplar Buckle | |
| | **EXHIBITS TO THE DEPO OF VENEGONI, NICOLE (SMITH v. TOYOTA; 2015 08 11)** | |

| | | |
|---|---|---|
| P300 | Cell phone records | |
| P301 | Cell phone records | |
| | **EXHIBITS TO THE DEPO OF WHITEAKER, MICHAEL (SMITH v. TOYOTA; 2015 11 17)** | |
| P302 | Western Lewis County Fire Dept. Report, Incident 2012-48 | |
| P303 | Affidavit of Michael Whiteaker | 403, 801, 802 |
| | | |
| | **FILE CONTENTS:** | |
| P304 | Accident Report (redacted in accordance with MIL ruling) | |
| P305 | Western Lewis County Fire Dept. Report | |
| P306 | Signed Affidavit for Firefighter Kile Austin | 403, 801, 802 |
| P307 | Lewis County Sheriff's Office Incident Report | |
| | | |
| P308 | Accident Overview from Lloyd Smith | 401, 402, 403 |
| P309 | Accident Site Photos taken by Lloyd Smith | |
| P310 | Vehicle Photos taken by Lloyd Smith | |
| P311 | Flash Drive from North Star Imaging enclosing Buckle Photos | 401, 402, 403, 801, 802, 901, Fed. R. Civ. Pro. 26(a) lack of disclosure |
| | | |
| P312 | Petition for Damages | 401, 402, 403 |
| P313 | Complaint | 401, 402, 403 |
| | | |
| P314 | 4-Runner Insurance Policy | 401, 402, 403, 801, 802, 901, Fed. R. Civ. Pro. 26(a) lack of disclosure |
| P315 | Motorhome Insurance Policy | 401, 402, 403, 801, 802, 901, Fed. R. Civ. Pro. 26(a) lack of disclosure |
| P316 | Shelter Insurance File re Medical Bills | 401, 402, 403, 801, 802, 901 |
| P317 | Vehicle Information - Recalls | 401, 402, 403, 801, 802, 901, Fed. R. Civ. Pro. 26(a) lack of disclosure |
| P318 | Certificate of Title | |
| P319 | Carfax Report | |
| P320 | Chain of Title History | 403, 602, 801, 802, 901 |
| P321 | Missouri Dept. of Revenue - DMV Recs | 403, 801, 802, 901 |
| P322 | Multi-State Vehicle History Report | 403, 602, 801, 802, |

| | | 901 |
|---|---|---|
| | | |
| P323 | MO Drivers License for Kristin Smith | |
| P324 | MO Drivers License for Lloyd Smith | |
| P325 | Birth Certificate for Kristin Smith | |
| P326 | Marriage License | |
| P327 | Chronological History for Kristin Smith | 403, 602, 702, 801, 802, 901 |
| | | |
| P328 | Cell Phone Recs | |
| P329 | US Cellular Cell Phone Records for Kristen Smith | |
| | | |
| | **MEDICAL RECORDS - KRISTIN SMITH** | |
| P330 | Affidavit of Custodian of Billing Records of Air Evac EMS, Inc., Debra Martinez | 401, 402, 403, 602, 702, 801, 802 |
| P331 | Lewis County Ambulance | 401, 402, 403, 602, 702, 801, 802, 901 |
| P332 | Blessing Hospital | 401, 402, 403, 602, 702, 801, 802, 901 |
| P333 | Blessing Physician Services | 401, 402, 403, 602, 702, 801, 802, 901 |
| P334 | Affidavit of Custodian of Billing Records of Blessing Hospital, Mary Lou Miller | 401, 402, 403, 602, 702, 801, 802 |
| P335 | Clinical Radiologists | 401, 402, 403, 602, 702, 801, 802, 901 |
| P336 | Affidavit of Custodian of Billing Records of Clinical Radiologists Radiologist, Rodney Leggett | 401, 402, 403, 602, 702, 801, 802 |
| P337 | Quincy Medical Group | 401, 402, 403, 602, 702, 801, 802, 901 |
| P338 | County Market Pharmacy | 401, 402, 403, 602, 702, 801, 802, 901 |
| | | |
| | **PLAINTIFFS EXPERTS:** | |
| | Sri Kumar: | |
| P339 | Correspondence | 401, 402, 403, 801, 802, 901 |
| | Mark Arndt: | |
| P340 | Correspondence | 401, 402, 403, 801, 802, 901 |
| P341 | Affidavit of Mark Arndt | 403, 602, 702, 801, 802 |
| | Steve Meyer: | |
| P342 | Correspondence | 401, 402, 403, 801, 802, 901 |
| | | |

|  | **TAB'S MICSCELLANEOUS EXHIBITS:** |  |
|---|---|---|
| P343 | All medical records produced in discovery | 401, 402, 403, 602, 702, 801, 802, 901 |
| P344 | All medical bills produced in discovery | 401, 402, 403, 602, 702, 801, 802, 901 |
| P345 | All Toyota records produced in discovery | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P346 | All vehicle ownership and maintenance records | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P347 | All documents produced by Toyota | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P348 | Demonstrative aids from previously listed deposition exhibits | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P349 | Demonstrative aids | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P350 | The accident vehicle | Plaintiffs have indicated this entry was erroneous as the subject vehicle was demolished |

| P351 | Vehicle components | Plaintiffs have indicated this entry was erroneous as the subject vehicle was demolished |
| P352 | Exemplar components | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P353 | Exemplar photos and diagrams | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |
| P354 | PowerPoint presentations by experts for identification | Unable to correlate specific objections with exhibits due to bulk identification; Defendants reserve right to object to any specific materials contained herein |

Respectfully submitted,


*/s/ DAVID P. STONE*

**KURT C. KERN** (Admitted Pro Hac Vice)
kurt.kern@bowmanandbrooke.com
**DAVID P. STONE** (Admitted Pro Hac Vice)
david.stone@bowmanandbrooke.com
**CRAIG DUPEN** (Admitted Pro Hac Vice)
craig.dupen@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
(972) 616-1700
(972) 616-1701 (fax)


AND

STEPHEN M. STRUM, #37133
SANDBERG PHOENIX & von GONTARD P.C.
600 Washington Avenue
15th Floor
St. Louis, MO 63101
314-446-4282
314-241-7604 (fax)
sstrum@sandbergphoenix.com

ATTORNEYS FOR DEFENDANTS
TOYOTA MOTOR CORPORATION AND
TOYOTA MOTOR SALES, U.S.A., INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically served on all counsel of record via the Court's ECF system, this 9th day of April, 2018, to the following counsel of record:

C. Tab Turner
Turner & Associates, P.A.
4705 Somers Avenue
North Little Rock, AR 72116

and

Douglas P. Dowd
Dowd & Dowd, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Attorneys for Plaintiffs

*/s/ DAVID P. STONE*