UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** April 16, 2018   **Case No.** 2:16CV24 ERW

Smith, et al., v. Toyota Motor Corp.

**Judge** E. Richard Webber

**Court Reporter** R. Fiorino   **Deputy Clerk** M. Berg

**Attorneys for Plaintiff(s)** Tab Turner, Doug Dowd, Lia Dowd

**Attorneys for Defendant(s)** K. Kern, D. Stone, C. Dupen and S. Strum

**Parties present for** final pretrial conference. Court and counsel dismissed motions in limine. Arguments of counsel heard. Order to follow.

(lunch break from 12:00 - 1:00)

Attorneys Present : _____

Proceedings commenced:   8:56 a.m.

Proceedings concluded:   2:23 p.m.