UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KRISTIN MARIE SMITH, Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 2:16CV24 ERW ) |
| TOYOTA MOTOR CORPORATION, Defendant. | ) ) ) ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant Toyota Motor Corporation's Bill of Costs [172]. On July 20, 2018, this Court issued an order [188] that granted in part and denied in part Defendant's Bill of Costs [172]. As a result of that order, Defendant's Bill of Costs was reduced to $28,013.04. However, this Court did not make a final ruling on Defendant's Bill of Costs, and Defendant was ordered to produce sufficiently detailed invoices or other evidence reflecting the taxable printing and copying charges and expenses for the depositions of two witnesses, Mike Klima and Steven Meyer. In response, Defendant submitted a Supplement in Support of its Bill of Costs on July 27, 2018 [192]. This Court finds Defendant has adequately addressed this Court's concerns related to Plaintiff's two pending objections to Defendant's Bill of Costs.

First, with respect to the insufficiently detailed invoices for the depositions of Mr. Klima and Mr. Meyer, Defendant has attached itemized invoices adequately depicting both the recoverable and unrecoverable charges. As Defendant admits, these invoices show $71.61 in unrecoverable charges, and thus Defendant's Bill of Costs will be reduced accordingly.

1

Second, with respect to the printing and copying charges, Defendant attaches a Declaration of Attorney Craig Dupen, whereby Mr. Dupen attests the invoices attached as Exhibits 26 through 28 to Defendant's Reply in Support of its Bill of Costs [179] reflect charges incurred in printing oversized engineering drawings for use as exhibits during the depositions of two Toyota engineers. He also attests the invoice attached as Exhibit 29 reflects charges incurred in printing Defendant's final trial exhibits. This Court agrees these charges are taxable, and thus it will overrule Plaintiff's objection to these particular costs. However, as Defendant suggests, it will reduce Defendant's Bill of Costs by the remaining $3,440.63, the amount for printing/copying charges insufficiently detailed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff must pay $24,500.80 to Defendant pursuant to Rule 54(d) of the Federal Rules of Civil Procedure based on the findings in this order and this Court's July 20, 2018, order.

So ordered this 1st Day of August, 2018.

_E. Richard Webber_
_____
**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**